Case Number: <u>     AT 3330-0083     </u>

Location of Search:
<u>222 Berrywood Road</u>
<u>Orangeburg, SC</u>
<u>(Orangeburg Parcel ID Number: 0217-00-03-018.000)</u>

## Search Warrant Inventory

| Item # | Description |
| --- | --- |
| 1 | iPhone 12 Pro Max Model#MG903LL/A SN: G0NFK36E0D41 |
| 2 | iPhone 11 Pro Max Model#: A2161 SN: FK1DD0RKN70C |
| 3 | iPad IC:579C-A1474 SN:DMPPNEJJFK10 |
| 4 | SKY DEVICES GOVT CELL PHONE |
| 5 | Mail for Dominque Berry from Infinity Canine |

On ___09/25/2022_____ at __11:58__ hours, this inventory was prepared and a copy was provided in the following manner:

____ No person was present to provide a copy of this inventory, subsequently it was left at the below locations:

_____

__X__ A copy of this inventory was provided to the following person:

Name: SHARON BERRY                    Signature: Sharon Berry

Address: 222 BERRYWOOD ROAD, ORANGEBURG, SC

I, the inventory officer, certify this inventory depicts a true and accurate representation of the items seized pursuent to the search warrant.

Inventory Officer: _[signature]_            Witness: _[signature]_

Printed Name: Emmett Ellis Denham            Printed Name: Daryl Carnley